IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CONTIGROUP COMPANIES, INC. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO: 2:06CV769-MHT |
| | ) |
| JAMES FOSTER | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

COMES NOW the Plaintiff, ContiGroup Companies, Inc. ("ContiGroup") and states its claim as follows against the Defendant, James Foster:

1. This action is to enforce the terms of the ContiGroup Companies, Inc. Long-Term Disability Plan (the "Plan") and for equitable relief arising under the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001, et seq.

## PARTIES

2. Plaintiff is a fiduciary of the Plan and, as such, is entitled to bring this action pursuant to 29 U.S.C. § 1132(a)(3).

3. Defendant James Foster ("Foster") is a citizen and resident of Bullock County, Alabama.

## JURISDICTION AND VENUE

4. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 because this action is to enforce provisions of the Plan arising under ERISA.

1

01377075.1

6. Pursuant to 29 U.S.C. § 1132(e)(2), venue is proper in this Court because Defendant is a resident of Bullock County, Alabama, which is in the Middle District of Alabama.

## FACTUAL ALLEGATIONS

7. At all times relevant herein, Foster was a "participant" in the Plan.

8. On or about 11/15/01, Foster submitted a claim for long-term disability benefits under the Plan.

9. Foster's claim was approved on 2/28/02, and he received a monthly benefits in the amount of $1,794.81 from 9/1/02 until 9/28/05.

10. The Plan contains an "offset" provision which states: "The benefits you receive from the STD and LTD Plan will be offset, or reduced, by any other group disability benefits you receive, such as Social Security, Workers' Compensation, or state disability benefits."

11. Upon information and belief, while receiving long-term disability benefits under the Plan, Foster was awarded and received Social Security Disability Benefits in the approximate amount of $1,031.00. This resulted in an overpayment of long-term disability benefits in the amount of $37,116.00.

12. Although ContiGroup has requested that Foster reimburse the Plan in the amount of $37,116.00 pursuant to the terms of the Plan, Foster has refused to do so.

## COUNT I – ENFORCEMENT OF THE TERMS OF THE PLAN

13. Pursuant to 29 U.S.C. § 1132(a)(3), ContiGroup seeks equitable relief, including, but not limited to, restitution, imposition of a constructive trust, and equitable lien to enforce ERISA and the terms of the Plan.

14. By refusing to cooperate with the Plan and refusing to reimburse the Plan for an overpayment of long-term disability benefits, Foster has violated the terms of the Plan.

15. Since Foster's acts or practices violate the Plan's terms, this Court should enter an order in restitution enforcing the terms of the Plan by requiring Foster to reimburse the $37,116.00 overpayment to the Plan.

## PRAYER FOR RELIEF

ContiGroup requests that the Court enter an Order granting equitable restitution against Defendant requiring Defendant to reimburse the Plan in the amount of $37,116.00, including appropriate pre-judgment and post-judgment interest, and for any other relief to which the Plan is entitled, and that reasonable attorney's fees and costs be awarded, pursuant to 29 U.S.C. § 1132(g).

William B. Wahlheim, Jr.
John David Collins

Attorneys for ContiGroup
Companies, Inc.

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue, North - Suite 2400
Birmingham, Alabama 35203
(205) 254-1000
(205) 254-1999

PLEASE SERVE DEFENDANT BY CERTIFIED MAIL AS FOLLOWS:

**James Foster**
**3882 Co. Rd. 47**
**Midway, Alabama  36053**

01377075.1