AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

CONTIGROUP COMPANIES, INC.

V.

JAMES FOSTER

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06cv769-MHT

TO: (Name and address of defendant)
James Foster

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
William B. Wahlheim, Jr., Esq.
John David Collins, Esq.
Maynard, Cooper & Gale, P.C.,
1901 Sixth Avenue North, 2400 AmSouth/Harbert Plaza, Birmingham, Alabama 35203-2618

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                    8/29/06
CLERK                                               DATE

(BY) DEPUTY CLERK