**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

James Foster
3882 County Road 47
Midway, AL 36053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *James Foster*  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )

C. Date of Delivery: 8-31-06

D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

06 cv 769 - 3+C

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 0810 0000 1814 6341

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540