IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CONTIGROUP COMPANIES, INC.** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>)<br>**JAMES FOSTER** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NO:**<br>**2:06-cv-00769-MHT-DRB** |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Contigroup Companies, Inc., by and through its counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), hereby stipulates that the above-styled action and all claims contained therein should be dismissed with prejudice.

/s John David Collins
William B. Wahlheim, Jr.
John David Collins
Grace Robinson Murphy

Attorneys for Defendant
Contigroup Companies, Inc.

**OF COUNSEL:**
MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2602
(205) 254-1000

01410644.1

## CERTIFICATE OF SERVICE

      I hereby certify that on November 8, 2006 a copy of the above and foregoing was placed in the United States mail, postage prepaid, affixed hereto, and served upon the following:

Christina D. Crow  
JINKS, DANIEL & CROW, PC  
Post Office Box 350  
Union Springs, Alabama 36089

James Foster  
3882 Co. Rd. 47  
Midway, Alabama 36053

                                              /s John David Collins  
                                              OF COUNSEL