**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

November 9, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:   Contigroup Companies, Inc. v. Foster
      Civil Action No. 2:06-cv-00769-MHT

Pursuant to the Stipulation of Dismissal with prejudice filed by the Plaintiff on 11/8/06, this case has been closed and removed from the docket of this court.